UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 18-PO-06001-MPK |
| | ) | |
| MICHAEL RATTIGAN, | ) | |
| Defendant | | |

## Defendant's Witness and Exhibit List

Pursuant to the Court's Order of January 14, 2020, Defendant Michael Rattigan, by and through counsel, provides notice of the following potential defense witnesses and trial exhibits:

1. Carole Rattigan – Reading, MA

2. John Rattigan – Reading, MA

3. Craig Nicewicz – Investigator

4. Exhibit: Body camera video

5. Exhibit: Video of booking process

January 23, 2020                                                  Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael Rattigan
　　　　　　　　　　　　　　　　　　　　　　　　　　　By His Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William H. Connolly
　　　　　　　　　　　　　　　　　　　　　　　　　　　William H. Connolly
　　　　　　　　　　　　　　　　　　　　　　　　　　　BBO # 634501
　　　　　　　　　　　　　　　　　　　　　　　　　　　20 Park Plaza, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　　　　　　　617-542-0200

2

## Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on January 23, 2020.

/s/ William H. Connolly